richard-enrique: ulloa
c/o Non -Domestic –Mail
postal department 771
stone-ridge: new-york republic

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAR 2 6 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Richard-Enrique; Ulloa | CASE INC 1:10-CV-132 (GLS//DRH) |
| Plaintiff (Petitioner) | |
| V | |
| MID HUDSON VALLEY FEDERAL CREDIT UNION, and DOES I - X | MOTION TO STRIKE DEFENDANTS MOTION TO DISMISS, FILINGS AND OBJECTIONS |
| Defendant | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that upon the attached Motion to strike Defendants Attorney filings, and objections, with Memorandum of Law in support of Plaintiff's Motion to strike and dismiss Defendants filings, upon the documents attached hereto, and upon all prior proceedings heretofore had herein, the undersigned will move this honorable court the United States District Court Northern District of New York located in Albany, New York on the first day, for the fourth month, in the year of our Father, two

1
2   thousand and ten at 10:00 a. m. at the forenoon of that day or soon thereafter as Plaintiff
3   may be heard, for an Order to strike and dismiss Defendants filings as sham pleadings:
4
5   Pursuant to Federal Rules of Civil Procedure 12(f) Motion To Strike and for such other and further relief as to this Court may seem just and proper,
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff Richard-Enrique; Ulloa reserves the right to amend this document at any time necessary without leave of court, and

I pray to the almighty Yahweh and not to this court that justice by done.

**ALL RIGHTS RESERVED TO AMEND WITHOUT LEAVE OF COURT**

*[signature]*

richard-enrique: Ulloa, AGENT
in propria persona
Secured Party Creditor, all UCC rights Reserved.
RR 1
Peek Farms, New York republic
(845) 687-7855
richard_ulloa@yahoo.com

State of New York }

        ss

County of Ulster }

On the 23RD day of March in the year 2010 before me, the undersigned, a Notary Public in and for said State, personally appeared Richard Enrique Ulloa, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose names(s) is (are) subscribed to the within Instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signatures(s) on the Instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Signature _____ (seal)

KATHERINE A. CAIRO DAVIS
Notary Public, State of New York
4843340
Qualified in Ulster County
Commission Expires 7/31/2013

| 1 | |
|---|---|
| 2 | **Proof and Evidence of Service** |

*I*, richard-enrique: (for the family-ulloa): *declare that I served by filing one copy of the* "NOTICE OF MOTION TO STRIKE" *by* "hand-delivered by private carrier-service on "State of New York Supreme Court Ulster County" sent by post-office-first class-mail AND OR CERTIFIED MAIL *to the following:*

| CORBALLY GARTLAND RAPPLEYEA LLP | USDC for NORTHERN DISTRICT OF NY |
|---|---|
| WILLIAM FRAME | SENT TO THE CLERK TO FILE INTO THE DOCKET |
| 35 MARKET STREET | |
| POUGHKEEPSIE, NEW YORK 12601 | |
| FIRST CLASS MAIL | FIRST CLASS MAIL |

_____

richard-enrique: (for the family-ulloa):

State of New York }

ss

County of Ulster   }

On the 23RD day of March in the year 2010 before me, the undersigned, a Notary Public in and for said State, personally appeared Richard Enrique Ulloa, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose names(s) is (are) subscribed to the within Instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signatures(s) on the Instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Signature_____ (seal)

KATHERINE A. CAIRO DAVIS
Notary Public, State of New York
4843340
Qualified in Ulster County
Commission Expires 07/3\/2013

**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**